87 So.2d 646

Homer A. TIDWELL, as Adm'r,

v.

TOWN OF TOWN CREEK.

8 Div. 828.

Supreme Court of Alabama.

May 24, 1956.

W. L. Chenault, Decatur, for appellant.

Thos. C. Pettus, Moulton, for appellee.

STAKELY, Justice.

The questions sought to be presented on this appeal are not raised by assignments of error. The result is that the judgment of the lower court must be affirmed. Wetzel v. Hobbs, 249 Ala. 434, 31 So.2d 639; Purvis v. Ennis, 258 Ala. 174, 61 So.2d 451.

Affirmed.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.